UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>V & V SALVAGE LLC dba BETTER BARGAIN THRIFT STORE; JUAN RANGEL; MARIA INES MANCILLA,<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-01227-DAD-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(Doc. No. 8) |

Pursuant to the parties' stipulation, and cause appearing, IT IS HEREBY ORDERED that Defendants shall have an extension of time to November 20, 2018, to file a responsive pleading in this matter.

IT IS SO ORDERED.

Dated: **November 9, 2018**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE